856

*David A. Buckley, Jr.*, for petitioner.   *Messrs. Wm. Cattron Rigby, W. A. Graham,* and *Edward A. Kreger* for respondent.

No. 253. First National Bank et al. *v.* Board of Supervisors.   October 13, 1930.   Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. W. L. Guice* and *T. J. Wills* for petitioners.   No appearance for respondent.

No. 254. James *v.* United States.   October 13, 1930. Petition for writ of certiorari to the Court of Claims denied.   *Messrs. Robert E. Coulson, Oscar W. Underwood, Jr.*, and *H. C. Kilpatrick* for petitioner.   *Solicitor General Thacher,* Assistant Attorney General Rugg and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States.

No. 255. James et al. *v.* United States.   October 13, 1930.   Petition for writ of certiorari to the Court of Claims denied.   *Messrs. Robert E. Coulson, Oscar W. Underwood, Jr.,* and *H. C. Kilpatrick* for petitioners. *Solicitor General Thacher,* Assistant Attorney General Rugg and *Messrs. Claude R. Branch* and *Charles H. Pollard* for the United States.

No. 257. Chesapeake & Ohio Ry. Co. *v.* Smith.   October 13, 1930.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Fred C. Rector* for petitioner.   No appearance for respondent.